People ex rel. Boksenbaum v Maginley-Liddie (2025 NY Slip Op 06043)

People ex rel. Boksenbaum v Maginley-Liddie

2025 NY Slip Op 06043

Decided on November 3, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
WILLIAM G. FORD
DEBORAH A. DOWLING
SUSAN QUIRK, JJ.

2025-12638

[*1]The People of the State of New York, ex rel. Anna Boksenbaum, on behalf of Thomas McCoy, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, New York, NY (Anna Boksenbaum pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Sarit A. Perl of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Thomas McCoy upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 74181/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., FORD, DOWLING and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court